(Reap. Dec. 8617)

MONTGOMERY WARD & CO. *v.* UNITED STATES

Entry No. 21178, etc.

(Decided June 29, 1956)

*Lawrence & Tuttle* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: The appeals for reappraisement listed in schedule

"A," hereto attached and made a part hereof, have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

On the agreed facts I find the proper value of the involved merchandise to be the invoice unit prices.

Judgment will be entered accordingly.